**Alvaro CHAVEZ–ACEVEDO,
Petitioner,**

v.

**Eric H. HOLDER, Attorney
General, Respondent.**

No. 08–71351.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 13, 2010.*

Filed Sept. 27, 2010.

Christopher Franco Duran, Esquire, Law Offices of Jane Chung, Los Angeles, CA, for Petitioner.

OIL, Channah Farber, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Alvaro Chavez–Acevedo, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Iturribar-ria v. INS*, 321 F.3d 889, 894 (9th Cir. 2003), and we deny the petition for review.

The BIA did not abuse its discretion in denying Chavez–Acevedo's second motion to reopen as untimely because it was filed more than 90 days after the BIA's final order of removal and Chavez–Acevedo failed to demonstrate that he qualified for any exceptions to the 90–day time limit. *See* 8 U.S.C. § 1229a(c)(7)(C)(i) (motion to reopen must be filed within ninety days of final administrative order of removal); 8 C.F.R. § 1003.2(c)(3) (listing exceptions to the time limitation).

Chavez–Acevedo's remaining contentions are unavailing.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

